UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON W. HAGEN, an individual d/b/a BC TECH GEAR, aka BCMT, INC. and DOUBLETIMEIT; and JOHN DOES 1-5,<br><br>    Defendants. | CIV-F-09-2094 AWI GSA<br><br>ORDER VACATING AUGUST 30, 2010 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

    Defendant Jason Hagen has filed a motion to dismiss the first amended complaint. Doc. 18. Plaintiff Microsoft Corporation has filed an opposition. Defendant has not filed a reply. Doc. 21. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 30, 2010, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   August 25, 2010

                                                        CHIEF UNITED STATES DISTRICT JUDGE